UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND,<br><br>                    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>                    Defendant. | Case No. 1:22-cv-01171-CDB (HC)<br><br>ORDER EXTENDING *NUNC PRO TUNC* PETITIONER'S DEADLINE TO FILE FIRST AMENDED PETITION<br><br>(ECF No. 7) |

On September 14, 2022, Petitioner filed a Petition for Writ of Habeas Corpus. (ECF No. 1.) On November 4, 2022, the Court dismissed the Petition and granted Petitioner a 30-day deadline to file a First Amended Petition. (ECF No. 6.)

On December 2, 2022, the Court received Petitioner's Motion for Extension of Time, which requests a 30-day extension of time. Petitioner explains that due to the holidays, he could not access the prison's law library to work on his First Amended Petition. (ECF No. 7.)

For the reasons set forth in Petitioner's motion, the Court finds good cause to grant his requested extension *nunc pro tunc*.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED, Petitioner Joshua Bland's deadline to file a First Amended Petition shall be extended to **January 2, 2023.**

IT IS SO ORDERED.

Dated:   **December 5, 2022**                         _____
                                                                                  UNITED STATES MAGISTRATE JUDGE